# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA RENEE DAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01086-JDP<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE PROOF OF SERVICE OF LATE RESPONSE<br><br>ECF No. 13 |

Defendant's unopposed motion to file proof of service of his late response to plaintiff's letter brief, ECF No. 13, is granted. Plaintiff's opening brief is now due thirty days from the date of this order.

IT IS SO ORDERED.

Dated: ___February 28, 2020___　　　　　　　　_/s/ Jeremy Peterson_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1