UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA RENEE DAY,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-01086-JDP<br><br>ORDER GRANTING THE PARTIES'<br>STIPULATED REQUEST FOR A REMAND<br>AND ORDERING THAT THE CLERK<br>ENTER A FINAL JUDGMENT IN FAVOR<br>OF PLAINTIFF<br><br>ECF No. 20 |

The parties' stipulated request for a remand, ECF No. 20, is granted.  Pursuant to sentence four of 42 U.S.C. § 405(g), this case is remanded for further administrative action. The clerk of court is directed to enter a final judgment in favor of plaintiff and against defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:    May 22, 2020            _____
                                 UNITED STATES MAGISTRATE JUDGE

No. 205.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28