UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA RENEE DAY,<br><br>              Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No. 1:19-cv-01086-JDP<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>ECF No. 23 |

Pursuant to the stipulation of the parties, ECF No. 23, it is hereby ordered that attorney fees, in the amount of five-thousand six-hundred twenty-three dollars and eighty-five cents ($5,623.85), are awarded to plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.


Dated:    June 18, 2020                            _____
                                                  UNITED STATES MAGISTRATE JUDGE


No. 205.

1